# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Wells Fargo Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2004-FF5<br><br>  Plaintiff,<br><br>  vs.<br><br>Joanne Kinion, et al.<br><br>  Defendants. | Case No. 1:07-cv-3493<br><br>Judge Christopher A. Boyko<br><br>**JUDGMENT** |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

The Court having contemporaneously entered its Summary Judgment and Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE:  3/31/08

  s/Christopher A. Boyko
  Judge Christopher A. Boyko
  UNITED STATES DISTRICT JUDGE

E42

G:\Cases - TM\07-20290\Motion for Summary Judgment-080111-MAH.wpd